IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Crim. No. 04-10027-T |
| JOSE LUIS RODRIGUEZ, | * | |
| Defendant. | * | |
| | * | |

## ORDER GRATING MOTION TO PERMIT SUPPLEMENTATION OF RECORD BY FILING OF SWORN DECLARATION AND EXHIBITS

Before the Court is the government's motion to supplement the record in the above-styled case by filing the sworn declaration of John Hieronymus, together with attached exhibits. For good cause shown, that motion is GRANTED.

IT IS SO ORDERED, this 20th day of October, 2005.

_____
JAMES D. TODD
United States District Judge

APPROVED:

LAWRENCE J. LAURENZI
Acting United States Attorney

By: _____
Christopher E. Cotten
Assistant United States Attorney

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  10-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 125 in case 1:04-CR-10027 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

Carlos Perez Olivo
LAW OFFICE OF CARLOS PEREZ OLIVO
80-02 Kew Gardens Road
Ste. 1040
Kew Gardens, NY 11415

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT